IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EMILY JOY COX, | ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) | |
| | ) | 1:12-cv-01401-RWS |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| CORPORATE AUTO BROKERS, INC. AND CHARLES M. TURNER, III, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) ) | |

## **VOLUNTARY DISMISSAL**

COMES NOW, Plaintiff, by and through undersigned counsel, and dismisses her claims against CORPORATE AUTO BROKERS, INC. AND CHARLES M. TURNER, III.  A proposed Order is attached as Exhibit A.

Respectfully submitted this 11th day of September, 2012.

**BARRETT & FARAHANY, LLP**

s/Amanda A. Farahany
Amanda A. Farahany
Georgia Bar No. 646135

1100 Peachtree Street
Suite 500
Atlanta, GA 30309
(404) 214-0120
amanda@bf-llp.com